# Crowder v. The State.

APPEAL from Montgomery City Court.

Tried before the Hon. A. D. SAYRE.

No counsel marked as appearing for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for forgery. The bill of exceptions not only fails to state that it contains all the evidence, but affirmatively shows that there was other evidence introduced on behalf of the State. The court holds that in this condition of the record, it will be presumed there was other evidence which justified the rulings of the court. The judgment of conviction is affirmed.

Opinion by COLEMAN, J.